IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMS SECURITY, INC., et al., | No. C-09-2217 MMC |
| Plaintiffs | **ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |
| v. | |
| THE BURLINGTON INSURANCE COMPANY, | |
| Defendant | |
| _____/ | |

By order filed July 28, 2009, the following cases were consolidated for all purposes: (1) <u>CMS Security, Inc. v. The Burlington Insurance Co.</u>, C-09-2216 MMC; and (2) <u>CMS Security, Inc. v. The Burlington Insurance Co.</u>, C-09-2217 MMC.  The July 28, 2009 order further provides that all papers filed and served to date in each consolidated action are deemed a part of the record in the consolidated action, and that all further filings shall denote the caption of the lead case, C-09-2216 MMC.

In light of the consolidation, the Court hereby CLOSES Case No. C-09-2217 for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of any action or of any claim made within Case No. C-09-2217.  Should further proceedings become necessary or desirable in Case No. C-09-2217, any party may initiate them in the

1 | same manner as if this order had not been entered.

2 | **IT IS SO ORDERED.**

4 | Dated: July 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge